IN THE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 3:24-cv-07125-CMC |
| STATE OF SOUTH CAROLINA, | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TEMPORARY STAY AND TIME TO ANSWER**

Under Local Rules 6.01 and 16.00(C), the parties respectfully request that this Court extend by 45 days the stay it granted on May 7, 2025, (ECF 33) of its Conference and Scheduling Order (ECF 16) and extend the time for answering the Complaint until that same date. The last day for the current stay and time to answer is June 11. With the extension and the weekend at the end of that period, the stay will expire on July 28, and the Answer will be due on that date. The parties are requesting this extension of the stay to provide time to continue settlement conversations to explore the possibility of resolving this case. They have participated in at least two video conferences since the stay granted on May 7.

The parties respectfully request that this Court extend the stay and the time for answering the Complaint to July 28, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HARMEET K. DHILLON<br>Assistant Attorney General |
| BRYAN P. STIRLING<br>United States Attorney<br>District of South Carolina | ANDREW DARLINGTON<br>Acting Chief<br>Special Litigation Section |
|  | BENJAMIN O. TAYLOE, JR.<br>Deputy Chief<br>Special Litigation Section |
| ROBERT SNEED (#7437)<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>District of South Carolina<br>55 Beattie Place, Ste. 700<br>Greenville, SC 29601<br>Tel: (864) 283-2100<br>robert.sneed@usdoj.gov | */s/ Alexandra Shandell*<br>ALEXANDRA SHANDELL<br>Trial Attorney<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 598-9606<br>Facsimile: (202) 514-0212<br>alexandra.shandell@usdoj.gov |
|  | *Counsel for the United States of America* |
| ALAN WILSON<br>Attorney General<br>Federal ID No.10457<br><br>s/ J. Emory Smith, Jr.<br>J. EMORY SMITH, JR.<br>General Counsel<br>Federal ID No. 3908<br>Email: esmith@scag.gov | THOMAS T. HYDRICK<br>Solicitor General<br>Federal ID No.  13322<br><br>Office of the Attorney General<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>Phone: (803) 734-3642<br>Fax: (803) 734-3677 |
|  | *Counsel for the State of South Carolina* |

June 3, 2025