IN THE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> *Plaintiff*, <br><br> v. <br><br> STATE OF SOUTH CAROLINA, <br><br> *Defendant*. | Civil Action No.: 3:24-cv-07125-CMC |

**STIPULATION OF DISMISSAL**

The parties have settled this case, and they therefore stipulate to dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). A copy of the settlement is attached hereto. Each party will bear its own costs.

Respectfully submitted,

BRYAN P. STIRLING  
United States Attorney  
District of South Carolina

HARMEET K. DHILLON  
Assistant Attorney General  
Civil Rights Division

BETH C. WARREN  
Civil Chief

PATRICK MCCARTHY  
Chief

BENJAMIN O. TAYLOE  
Deputy Chief  
Special Litigation Section

/s/ *Robert Sneed*  
ROBERT SNEED (#7437)  
Assistant United States Attorney  
U.S. Attorney's Office  
District of South Carolina  
55 Beattie Place, Ste. 700  
Greenville, S.C.  29601  
Tel: (864) 283-2100  
robert.sneed@usdoj.gov

/s/ *Alexandra Shandell*  
ALEXANDRA SHANDELL (DC Bar No. 992252)  
SURAJ KUMAR (NY Bar No. 5620745)  
Trial Attorneys  
Special Litigation Section  
Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Ave. NW, 4CON  
Washington, DC 20530  
Telephone: (202) 598-9606  
Facsimile: (202) 514-0212  
alexandra.shandell@usdoj.gov

*Counsel for the United States*

ALAN WILSON
Attorney General

W. JEFFREY YOUNG
Chief Deputy Attorney General

THOMAS T. HYDRICK
Solicitor General
Federal ID No. 13322

*/s/ J. Emory Smith, Jr.*
J. EMORY SMITH, JR.
General Counsel
Federal ID No. 3908
Email: esmith@scag.gov

Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3642
Fax: (803) 734-3677

*Counsel for the State of South Carolina*

December 17, 2025